```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/19/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abeth Hashimi,

                              Plaintiff,

-against-

Muscle Maker Corp., LLC and 343 Plandome Road, Inc.,

                              Defendants.

1:18-cv-10474 (PGG) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

       This case has been assigned to me for general pretrial management. (ECF No. 5.) Pursuant to Federal Rules of Civil Procedure 4(c) and 4(m), a plaintiff must serve a defendant or defendants with a copy of the complaint and accompanying summons within 90 days after the filing of the complaint. In this case, Plaintiff filed the complaint on November 12, 2018. (*See* ECF No. 1.) The 90-day deadline has passed, and the docket does not indicate that the complaint has been served. Therefore, the parties (or, if no defendants have appeared in the case, only the plaintiff) shall appear for a Telephone conference on Thursday, March 7, 2019 at 10:00 a.m. to discuss the status of this case. Plaintiff shall be prepared to discuss any efforts made to serve Defendants with the Complaint. At the time of the conference, the parties (or, if no defendants have appeared in this case, only Plaintiff) shall jointly call the Court's conference line at 212-805-0110.

**SO ORDERED.**

DATED:    New York, New York
               February 19, 2019

_____
STEWART D. AARON
United States Magistrate Judge